# BARR & KLEIN PLLC

November 30, 2022

Molly C. Dwyer
Clerk of the Court
United States Court of Appeals
for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

[*via e-mail only*]

**Re: FRAP 28(j) Notice of Supplemental Authority in *Project Veritas, et al v. Michael Schmidt, et al*, Case Number 22-35271.**

Dear Ms. Dwyer:

Appellants Project Veritas and Project Veritas Action Fund respectfully request that this Court, pursuant to Federal Rule of Appellate Procedure 28(j), consider the following supplemental authority on issues discussed during their briefing.

Appellants direct this Court's attention to *Victory Processing, LLC v. Fox*, 937 F.3d 1218 (9th Cir. 2019). This case addresses constitutional rules relevant to content-based and underinclusive statutory schemes. These points are relevant to Appellants arguments raised in pages 17 to 21 and 45 to 48 of their opening brief and pages 4-10 of their reply brief. This case was previously unknown to Appellants, is relevant to their related authority, and will be discussed during oral argument.

Respectfully submitted on the 30th day of November, 2022.

<u>/s/ Benjamin Barr</u>
Benjamin Barr
Barr & Klein PLLC
444 N. Michigan Avenue, Ste. 1200
Chicago, IL 60611
(202) 595-4671 Telephone
ben@barrklein.com

<u>/s/ Stephen Klein</u>
Stephen R. Klein
Barr & Klein PLLC
1629 K Street NW, Ste. 300
Washington, DC 20006
(202) 804-6676 Telephone
steve@barrklein.com

*Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Benjamin Barr
Benjamin Barr
BARR & KLEIN PLLC
444 N. Michigan Ave. #1200
Chicago, Illinois 60611
(202) 595-4671 Telephone
ben@barrklein.com