**FOR PUBLICATION**

**FILED**

MAR 19 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PROJECT VERITAS; PROJECT VERITAS ACTION FUND, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> MICHAEL SCHMIDT, in his official capacity as Multnomah County District Attorney; ELLEN ROSENBLUM, in her official capacity as Oregon Attorney General, <br><br> Defendants-Appellees. | No. 22-35271 <br><br> D.C. No. 3:20-cv-01435-MO <br> District of Oregon, <br> Portland <br><br> **ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.

Judges Forrest and H.A. Thomas did not participate in the deliberations or vote in this case.