UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 19 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PROJECT VERITAS and PROJECT VERITAS ACTION FUND,<br><br>          Plaintiffs - Appellants,<br><br> v.<br><br>MICHAEL SCHMIDT, in his official capacity as Multnomah County District Attorney and ELLEN ROSENBLUM, in her official capacity as Oregon Attorney General,<br><br>          Defendants - Appellees. | No. 22-35271<br><br>D.C. No. 3:20-cv-01435-MO<br>U.S. District Court for Oregon, Portland<br><br>**MANDATE** |

The judgment of this Court, entered January 07, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                            FOR THE COURT:

                                            MOLLY C. DWYER
                                            CLERK OF COURT