# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 9, 2025

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Project Veritas, et al.
          v. Nathan Vasquez, in His Official Capacity as Multnomah County District Attorney, et al.
          No. 24-1061
          (Your No. 22-35271)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 7, 2025 and placed on the docket April 9, 2025 as No. 24-1061.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst